M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Steven Shelton )
Full name and prison name of )  2007 NOV -1  A 9: 48
Plaintiff(s) Montgomery County Jail )
) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT
v. ) MIDDLE DISTRICT ALA
) CIVIL ACTION NO. 2:07-CV-981-MHT
Dillard's Dept Store Et Al )
Michael Farrier Et Al ) (To be supplied by Clerk of U.S. District
Montgomery County Sheriff Dept. ) Court)
 Et. Al. )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff (s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if state court, name the county)

           _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery County Jail, P.O. Box 4599, Montgomery, Ala 36103-4599_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Dillard's Dept. Store, 7310 Eastchase Parkway, Montgomery, Ala 36116_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dillard's Dept. Store, | 7310 Eastchase Parkway, Montgomery, Ala 36116 |
| 2. | Michael Farrier, | 4031 Malabar Rd. Montgomery, Ala |
| 3. | Montgomery County Sheriff Dept., | P.O. Box 1667, Montgomery, Ala |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April, 21th of 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: "_Cruel and Unusual Punishment_"

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Officer Michael Farrier which work for Dillard's / Montgomery County - hit me in the head with a baton that cause me to receive 5 stitches, it's a fact I had no wapon or showed no threat. Now I suffer with headack's, hip injure and wrist damage.

GROUND TWO: _____

"Useing Excessive Force"

SUPPORTING FACTS: Officer Michael Farrier walked up to me with his law enforcement baton and struck me in the head with brutah force which I went unconscience and the fall injure my hip where I can't barely walk, also officer Farrier handcuffed me too thigh and pulled me up by the handcuff, which cause my nerve's to be damage in my wrist

GROUND THREE: _____

SUPPORTING FACTS: _____

Plaintiff Statements of Facts
From The Arrest of 4-21-07

RECEIVED
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

On April 21, 2007 at approximately 1:30 PM I Steven Shelton, was at Dillard's Dept. Store, 7310 Eastchase Pkwy, Montgomery Ala. I was in the Store about 10 minute, before I exit the Store and as I exit the Store I met Mr. Michael Farrier careing a phate of food in his hand. Immediately officer Farrier grabbed at me with no warning, so I step back and ran, because Farrier have a history of assualting peopler he arrested. So I enter Dillard's from the side door and went throught the Store too other side, so when I exit the Store again officer Farrier drove his truck right up to me and jumped out and walked toward me with his baton in his hand "stateing" put your hand on the car, so I responded by saying show me your badge, that's when officer Farrier grabbed my shirt and start assualt me, by hitting me in the head with his baton. Which cause me to fall unconscience and the fall injure my hip where I can't barely walk, also officer Farrier handcuffed me too thigh and pulled me up by the handcuff, which cause my---
"Continue"---

Nerve's to be damage in my wrist. So I was transported to Baptist by the paramedics to receive 5 stitch'es in my head, so I been receiveing pain pill's for the past 6 month's for my injure. So I need some medical care now as I write.

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on: 10-30-07
              DATE

x *Steven K. Shelton*
    PLAINTIFF

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this court to review this case and find that Montgomery County Sheriff Dept., Dillard's Dept. store and officer Michael Farrier are guilty of useing excessive force and cruel and unusual punishment in ----
(CONTINUE)

_Steven K. Shelton_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-30-07  .
(Date)

_Steven K. Shelton_
Signature of plaintiff(s)

their OFFICIAL CAPACITY and please Reward me $2.5 million Dollar from each one of these Defendant's, Because I am suffering from mental stress, paranoid, trumtize, disfigure and liveing with pain and scar's.

(2.) I want this court to find officer Farrier Guilty of useing excessive force and useing cruel and unusual punishment, in His Individual Capacity and Reward me $1.5 million Dollar for His ill-will action.

(3.) I want this court to place a Lean on officer michael Farrier Home, Car's, income, property, asset and place Him on leave without pay from both of His Jobs (montgomery county sheriff Dept. and Dillard's Dept. store) until the out come of this matter to protect other citizen's of this state.

(4.) I want this court to order I steven shelton, to get the proper medical care and attention I need for my head injure and Hip injure while, I'am confined. Because I am haveing very bad headack's and I barely can walk as of this moment.

Therefore, I steven shelton, prays this Honorable court GRANT and Reward me

(CONTINUE)----

The full sum of $ 9.0 million Dollar's for a good and just cause.

x Steven K Shelton
(PLAINTIFF)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-30-07
DATE:

x Steven K Shelton
(PLAINTIFF)

Steven Shelton
#11038 cell-2C
Montgomery County Jail
P.O. Box 4599
Montgomery, Ala 36103

 

INMATE MAIL

c/o Office of The clerk
United State District Court
P.O. Box 711
Montgomery, Alabama
36101-0711