AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ ~~RECEIVE~~ District of _ALABAMA_

_Steven Shelton_ 2007 NOV -1 A 9: 48
Plaintiff

v.

_Dillard Dept store_ ~~MIDDLE DISTRICT ALA~~
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
_michael Farrier ET. AL._
_Montgomery County sheriff Dept._
Defendant
_ET. AL._

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _2:07-CV-981-MHt_

I, _Steven Shelton_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Montgomery County Jail_

    Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months'
    transactions.

2.  Are you currently employed?    ☐ Yes    ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.

    b.  ~~If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages
        and pay period and the name and address of your last employer.~~ _Yes 2000 At The Cotton Gin_
        _350 A week_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    ☐ Yes    ☑ No
    b.  Rent payments, interest or dividends    ☐ Yes    ☑ No
    c.  Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d.  Disability or workers compensation payments    ☐ Yes    ☑ No
    e.  Gifts or inheritances    ☐ Yes    ☑ No
    f.  Any other sources    ☐ Yes    ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
    amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. ___—0—_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                       *NONE*

I declare under penalty of perjury that the above information is true and correct.

_10-30-07_____       _Steven K. Shelton_____
      Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**RESIDENT HISTORY REPORT**                                        Page 1 of 1

**Montgomery County Jail**
**10/29/07 10:16**
**ST 002 / OPR YR**

```
Booking Number    :  11038
Resident Name     :  SHELTON, STEVEN
Time Frame        :  04/21/2007 20:48 - 10/29/2007 10:16
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 04/21/2007 | 20:48 | Intake | 4 | HC | D10142 | 0.00 | 0.00 |
| 05/24/2007 | 08:08 | Order | 2 | JD | B92301 | 0.00 | 0.00 |
| 05/31/2007 | 08:15 | Order | 2 | JD | B92622 | 0.00 | 0.00 |
| 06/04/2007 | 08:13 | Order | 2 | JD | B92997 | 0.00 | 0.00 |
| 06/07/2007 | 09:15 | Order | 2 | JD | B93322 | 0.00 | 0.00 |
| 06/11/2007 | 08:06 | Order | 2 | JD | B93614 | 0.00 | 0.00 |
| 06/14/2007 | 08:13 | Order | 2 | JD | B93962 | 0.00 | 0.00 |
| 06/18/2007 | 07:56 | Order | 2 | JD | B94248 | 0.00 | 0.00 |
| 06/21/2007 | 08:04 | Order | 2 | JD | B94533 | 0.00 | 0.00 |
| 06/25/2007 | 08:40 | Order | 2 | JD | B94804 | 0.00 | 0.00 |
| 07/05/2007 | 09:13 | Cashier-Cash | 6 | cobra | F377 | 17.25 | 17.25 |
| 07/05/2007 | 09:13 | Rec Payment | 6 | cobra | F378 | 6.90 | 10.35 |
| 07/09/2007 | 07:54 | Order | 2 | JD | B95975 | 10.09 | 0.26 |
| 07/16/2007 | 08:44 | Add | 3 | PD | C144401 | 19.00 | 19.26 |
| 07/16/2007 | 08:44 | Rec Payment | 3 | PD | C144402 | 7.60 | 11.66 |
| 07/19/2007 | 08:13 | Order | 2 | JD | B97010 | 11.30 | 0.36 |
| 07/20/2007 | 11:30 | Credit | 2 | JD | B97306 | 2.38 | 2.74 |
| 07/23/2007 | 07:52 | Order | 2 | JD | B97316 | 2.22 | 0.52 |
| 08/27/2007 | 07:55 | Order | 2 | JD | B100205 | 0.00 | 0.52 |
| 08/27/2007 | 07:55 | Rec Payment | 2 | JD | B100206 | 0.52 | 0.00 |
| 08/30/2007 | 07:57 | Order | 2 | JD | B100492 | 0.00 | 0.00 |
| 09/06/2007 | 07:47 | Order | 2 | SWCLR | B100753 | 0.00 | 0.00 |
| 09/10/2007 | 08:07 | Order | 2 | JD | B101073 | 0.00 | 0.00 |
| 09/17/2007 | 07:51 | Order | 2 | SWCLR | B101642 | 0.00 | 0.00 |
| 09/17/2007 | 09:46 | Add | 3 | yr | C146539 | 75.00 | 75.00 |
| 09/17/2007 | 09:46 | Rec Payment | 3 | yr | C146540 | 30.00 | 45.00 |
| 10/01/2007 | 07:54 | Order | 2 | SWCLR | B102760 | 44.83 | 0.17 |
| 10/01/2007 | 10:27 | Add | 3 | yr | C146960 | 40.00 | 40.17 |
| 10/01/2007 | 10:27 | Rec Payment | 3 | yr | C146961 | 16.00 | 24.17 |
| 10/04/2007 | 08:02 | Order | 2 | JD | B103059 | 11.82 | 12.35 |
| 10/08/2007 | 07:45 | Order | 2 | SWCLR | B103316 | 11.28 | 1.07 |
| 10/11/2007 | 07:57 | Order | 2 | SWCLR | B103744 | 1.03 | 0.04 |
| 10/13/2007 | 10:34 | Cashier-Cash | 6 | cobra | F1695 | 37.25 | 37.29 |
| 10/13/2007 | 10:34 | Rec Payment | 6 | cobra | F1696 | 13.98 | 23.31 |
| 10/15/2007 | 07:40 | Order | 2 | SWCLR | B103987 | 23.27 | 0.04 |
| 10/25/2007 | 07:59 | Add | 3 | VT | C147742 | 40.00 | 40.04 |
| 10/29/2007 | 07:46 | Order | 2 | SWCLR | B105227 | 39.40 | 0.64 |

Steven Shelton
#11038 cell-2C
Montgomery County Jail.
   p.o. Box 4599
Montgomery \ Ala 36103



C/o office of the clerk
United state district court
     p.o. Box 711
Montgomery \ A In CAMA
                        36101-0711

INMATE MAIL