IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STEVE SHELTON | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-981-MHT |
| DILLARD'S DEPT. STORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff is incarcerated at the Montgomery County Jail in Montgomery, Alabama. He files the instant 42 U.S.C. § 1983 action complaining that on April 12, 2007 he was subjected to excessive force by Officer Michael Farrier outside the Dillard's Department Store located at the Shoppes at Eastchase. Plaintiff states that he was subsequently transported to Baptist Hospital for treatment of injuries he sustained in the incident.

Plaintiff's complaint has been accepted for filing. However, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend his complaint concerning the factual allegations contained therein.

Accordingly, it is ORDERED that on or before November 19, 2007 Plaintiff shall amend his complaint as follows:

1. State the name of the entity/organization for whom Defendant Farrier was working at the time of the incident in question;

2. State whether you were arrested at the scene of the incident, and if so, state who placed you under arrest;

3. If you were not arrested at the scene of the incident, state when, where, and by whom you were arrested.

Plaintiff is advised that his failure to file an amended complaint in compliance with the directives contained in this order will result in a Recommendation that his complaint be dismissed without further notice from the court.

Done, this 5th day of November 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE