IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STEVE SHELTON | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-981-MHT |
| DILLARD'S DEPT. STORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Plaintiff's amended complaint filed on November 13, 2007, and as it fails to comply fully with the directives contained in the court's November 5, 2007 order by failing to respond to ¶¶ 2 and 3 of said order, it is

ORDERED that Plaintiff is GRANTED an extension to and including November 26, 2007 to further amend his complaint as directed by the court's November 5, 2007 order.

Plaintiff is advised that his failure to comply properly with the directives contained in this order will result in a Recommendation that this complaint be dismissed without prejudice.

Done, this 14th day of November 2007.

         /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE