IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STEVE SHELTON | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-981-MHT |
| DILLARD'S DEPT. STORE, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

The Clerk is DIRECTED to furnish Plaintiff with a copy of Document Number 5.[1]

Done, this 14th day of November 2007.

   /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that it is his responsibility to make and retain copies of any and all pleadings, documents, and/or records he files with the court. He may utilize any means available to him to produce copies of those documents, pleadings, and/or records he seeks to submit to this court including, but not limited to, handwritten copies of such materials. If, in the future, Plaintiff wishes to receive copies of pleadings, documents, and/or records from this court, he may do so upon prepayment of fifty (.$50) cents per page.