IN THE UNITED STATES DISTRICT COURT
For The Middle District of ALABAMA
Northern Divison

2007 NOV 20 A 9:59

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Steven Keith. Shelton
    Plaintiff

CASE NO: #2:07CV-981-MHT
           (WC)

VS.

Dillard's Dept Store, ET.AL
    Defendants

Magistrate Judge:
   Wallace Capel, JR.

Responding To The Court
order of November 14, 2007.
To Amend Plaintiff Complaint
By Answering Question 2 and 3
From Court order November 5, 2007.

I The plaintiff Steven Keith. Shelton, is Responding Fully and properly To The Best of my Knowlege, with The Court order of November 14, 2007. To Amend my complaint, By Answering question (2) and (3) of order From November 5, 2007.
   "The Answer To question (2)" Is Yes ----

CONTINUE

I was arrested at the scene of the incident, which is Dillard's Dept. Store parking lot, 7310 Eastchase Parkway, Montgomery, ALA.

Also the answer to part two of question (2) Michael Farrier placed me the plaintiff under arrest on the scene.

"The Answer To Question (3)"

I was arrested at the scene of the incident, on April 21, 2007, at Dillard's Dept. Store, 7310 Eastchase Parkway, by officer Michael Farrier.

Respectfully submitted this 18 day of November, 2007.

x Steven Shelton
     PLAINTIFF

## Certificate of Service

I Hereby certify That A True Copy of The Above and Foregoing Amend of plaintiff Complaint was Served upon The office of The Clerk, United States District Court, p.o. Box 711, Montgomery, Alabama 36101-0711. By posting Same in The United States mail, postage prepaid And properly Addressed on This __18__ day of __November__, 2007.

x __Steven Shelton__
     PLAINTIFF

INMATE MAIL
Legal Mail

Steven Keith Shelton # 110388
P.O. Box 4599
Moult, Ala 36103

M.C.C.F

c/o Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama

MONTGOMERY AL 361
19 NOV 2007 PM 3 L