**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Farrier
   4031 Malabar Road
   Montgomery, AL  36116

2. Article Number (Transfer from service label): 7007 1490 0000 0024 9759

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): Michael M Farrier
C. Date of Delivery: 11/29/07
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07CV981
   C, amd cmp + o   1/4/08

3. Service Type:
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes