IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEVEN SHELTON, )
 )
    Plaintiff, )
 )
v. ) Civil Action No.: 2:07-cv-981-MHT
 )
DILLARD'S DEPARTMENT STORE, )
et al., )
    Defendant. )

**RECEIVED 2008 JAN -2 P 4:01 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA**

## DEFENDANT MICHAEL FARRIER'S ANSWER TO COMPLAINT

COMES NOW the Defendant, Michael Farrier, and files herein his Answer in response to the Complaint, stating as follows:

1. The Defendant Michael Farrier denies Count One and demands strict proof thereof.

2. The Defendant Michael Farrier denies Count Two and demands strict proof thereof.

## DEFENDANT MICHAEL FARRIER'S ANSWER TO AMENDED COMPLAINT

1. The Defendant Michael Farrier denies and demands strict proof thereof.

2. The Defendant Michael Farrier denies and demands strict proof thereof.

3. The Defendant Michael Farrier denies and demands strict proof thereof.

4. The Defendant Michael Farrier admits that he arrested the Plaintiff April 21, 2007.

5. No response necessary.

Done this 2nd day of January, 2008.

_____
Michael Farrier, Defendant, Pro Se
4031 Malabar Drive
Montgomery, AL 36116

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Plaintiff Steven, Shelton Montgomery County Detention Facility, PO Box 4599, Montgomery, AL 36103 this the 2nd day of January, 2008.

*[signature]*

Michael Farrier, Defendant, Pro Se
4031 Malabar Drive
Montgomery, AL 36116


This document prepared by:
THOMAS J. AZAR, JR. (AZA006)
Law Office of Thomas J. Azar, Jr.
800 So. McDonough Street, Ste 105
Montgomery, AL  36104
Office  (334) 263-5363
Fax     (334) 263-3988
Email   tjazar@al-lawyers.com