**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 9, 2008

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Shelton v. Dillard's Department Store

Case No.:   2:07cv981-MHT

   Document 12

This Notice of Correction was filed in the referenced case this date to attach the pdf for "Exhibit A" which was inadvertently omitted when originally filed.

"A"

To: Whom it may Concern,
From: Michael M Farrier
Date: Dec. 27, 2007

On Saturday, April 21, 2007, 2:20pm I, Michael M Farrier observed Steve Shelton and another Black Males in a white Cadillac riding on Eastchase Pkywy. I watch them turn into the Eastchase Dillard's Parking lot on the west side of the store and go to the North side of store and around to the East of the store, where the Black Male that was with Steve Shelton was Driving. He backed in the Cadillac and Steve Shelton got out and went inside the store. I advised, the camera operator, Mr Calhoun that Steve Shelton was inside of the store. I told him that Steve Shelton was wearing a black shirt with white stirpes and grey and black short to the knee and a black baseball cap. I waited outside of the store at the corner of the building in my truck; watching the east door/s of Dillards. I was talking with Mr Calhoun and he advised me that Steve Shelton had just left the Men's suit Dept. and he was headed back to the east door. I waited until Steve Shelton came out of the east door. I saw that he had something inside of his pant and at the same time Mr Calhoun was telling me on the Radio that Steve Shelton had some suits from the men dept. of Dillards. I drove up to Steve Shelton and advised him that he was under arrested. I observed a grey men suit that was hanging out of his pant. I got out of my truck to arrest him and he took off running down

the sidewalk, I got back in my truck and went after him. He ran into an ulility cover and took the suits out of his pant and ran into the south door of Dillard's, I checked the ulility cover and recovered the suits and went in the south end, coworker in the store advised the he was on the floor hiding. Steve Chelton got up and started running back to the east door. I got back in my truck and went around to the east door. On the Radio Mr Calhoun was advising me that he was coming out of the east door. As he exit the east door, I advised him again that he was under arrest. He became very loud and began using profane language. Stating if I put my hand on him, he was going to kill me. Again I advised him to put his hand on the vehicle beside him and he was under arrest. He stated If you touch me, I will kill you Motherfucker. I grabbed his shirt and told him he was under arrest and to turn around and put his hands on the vehicle. He began to pull away and hitting my hand and arm with his hands, In an attempt to get away. He hit my hand and arm about five time before the T-shirt that was wearing was taken away. I then grabbed his pant at the waistband, trying to hold on to him, when he started swinging at me with his right hand. At that time he was fighting me. I attempted to subdue him by using my baton to strike him on his shoulder, he ducked and I hit him beside the head. Causing a small cut

to his head. he said you hit me and sat down on the ground. Where I handcuffed him and I 911 for medical asiscbance and the Police Dept. He was treated on the scene and taken the Baptist E.R. I went to Police Dept and signed Warrants for Theft of Property 2nd. and Harassment 3rd.

*[signature]*