IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STEVE SHELTON                              *

    Plaintiff,                                  *

    v.                                               *            2:07-CV-981-MHT

DILLARD'S DEPT. STORE, *et al*.,     *

    Defendants.                             *

_____

**ORDER**

Upon consideration of Defendant's answer and written report, and for good cause, it is

ORDERED that on or before January 30, 2008 Defendant shall FILE a supplemental written report which:

1. States by whom you were employed when you arrested Plaintiff on April 21, 2007;

2. States in what capacity and/or under whose authority were you authorized to conduct the arrest of Plaintiff; and

3. Contains any and all documentation made and/or prepared in regard to the matters made the subject of the complaint.

The Clerk is DIRECTED to furnish Thomas Azar, Jr., Esq., with a copy of this order.

Done, this 10th day of January 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE