IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07-cv-981-MHT |
| ) | |
| DILLARD'S DEPARTMENT STORE, ) | |
| et al., ) | |
| Defendant. ) | |

## DEFENDANT MICHAEL FARRIER'S RESPONSE TO ORDER

COMES NOW the Defendant, Michael Farrier, and in response to the Order of this Court dated January 10, 2008, states as follows:

1. The Defendant Michael Farrier was (and currently is) employed by the Montgomery County Community Corrections, as a Probation Officer. I am a Reserve Montgomery County Deputy Sheriff At the exact time of the arrest, Defendant Farrier was working for Dillard's Department Store as a Store Security Officer.

2. As Store Security Officer for Dillard's Department Store I am vested with the authority to detain people I see stealing from the store. As a Probation Officer for Montgomery County Community Corrections, and a Reserve Montgomery County Deputy Sheriff, I am authorized to arrest persons who commit misdemeanor offenses in my presence and persons whom I have probable cause to believe have committed felonies offenses. I witnessed the Plaintiff leaving Dillard's with stolen property.

3. Attached are: Copies of my Alabama Police Officer Standards Training Certificate; Arrest Affidavit and supporting documents for Harassment Charges against the Plaintiff, and Arrest Affidavits and supporting documents for Theft of Property 2nd

degree.

Done this 24th day of January, 2008.

_____
Michael Farrier, Defendant, Pro Se
4031 Malabar Drive
Montgomery, AL 36116


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Plaintiff Steven, Elmore County Jail, 8955 US Highway 231, Wetumpka, AL 36092 this 24th day of January, 2008.

_____
Michael Farrier, Defendant, Pro Se
4031 Malabar Drive
Montgomery, AL 36116


This document prepared by:
THOMAS J. AZAR, JR. (AZA006)
Law Office of Thomas J. Azar, Jr.
800 So. McDonough Street, Ste 105
Montgomery, AL  36104
Office  (334) 263-5363
Fax     (334) 263-3988
Email   tjazar@al-lawyers.com



# Peace Officers Standards and Training Commission

**STATE OF ALABAMA**

hereby

In recognition for his successful completion of the basic police training course in accordance with Section 7 Subsection C, Legislative Act 1981 amending Act 156 Alabama Law.

**Professionalism**

On this the 11TH day of APRIL 19 75.

GOVERNOR

ATTORNEY GENERAL

EXECUTIVE SECRETARY

ACADEMY DIRECTOR

NO. 2221

| State of Alabama  
Unified Judicial System | **WARRANT OF ARREST**  
(Felonies, Misdemeanors, or Violations) | Warrant Number  
**2007F00750** |
|---|---|---|
| Form CR-58 (front)   Rev. 8/98 | | Case Number |

IN THE ____**DISTRICT**____ COURT OF ____**MONTGOMERY**____, ALABAMA  
(Circuit, District, or Municipal) (Name of Municipality or County)

☒ STATE OF ALABAMA  
☐ MUNICIPALITY OF MONTGOMERY v. ____STEVEN K SHELTON  (000396207A)____  
Defendant (NWS Jacket Number)

### TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)  
STEVEN K SHELTON

charging the offense of **THEFT OF PROPERTY, SECOND DEGREE**

as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of

as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.

If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $ __10,000.00__ with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.  
---OR---  
☒ If the accused person posts an appearance bond in the amount of $ __10,000.00__

☐ On his or her personal recognizance.

Saturday, April 21, 2007  07:45 PM  
Date

_Regina Watkins_  
Judge/Court Clerk/Magistrate/Warrant Clerk

Form CR-58 (back)   Rev. 8/98

**WARRANT OF ARREST**
(Felonies, Misdemeanors, or Violations)

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **WARRANT OF ARREST** by arresting the accused person named (or described) therein at __2005__ o'clock ☐ a.m. ☑ p.m. on the __21__ day of __April__, 20 __07__ in **MONTGOMERY** COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m. _____, 20 ____

☐ Taken before ☐ Judge ☐ Magistrate at _____ o'clock ☐ a.m. ☐ p.m. _____, 20 ____

☑ Placed in jail at _____ o'clock ☐ a.m. ☑ p.m. __April 21__, 20 __07__

Date: __April 21, 2007__

Signature/Title/Agency: __Det. C.A. Humphrey 1601 / Montgomery P.D.__

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | Telephone Number |
|---|---|
| STEVEN K SHELTON | 033-435-4446 |

| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex |
|---|---|---|---|---|---|
| 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 | 3174300 AL | 12/08/1952 | | B | M |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| 603 | 230 | Black | Brown | |

| Address of Accused | City | State | Zip Code |
|---|---|---|---|
| 4018 ARDMORE DR | MONTGOMERY | AL | 36105 |

| Name of Employer | Telephone Number |
|---|---|
| | |

| Address of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKNOWLEDGEMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____, 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____, 20 ____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

Date _____    Signature of Accused Person _____

Case # _____ AFFIDAVIT  2007F00750

# DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: THEFT OF PROPERTY ~~1ST~~ 2nd deg DEGREE

Defendant's Name: B/M Steven King Shelton       D.O.B. 12/08/1952

Defendant's SSN: 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    Height: 6'03    Weight: 230

Defendant's Address: 4018 Ardmore Dr. Montgomery, Al. 36105

Date & Time of Offense: 04/21/07 between 1400-1430 hours

Place of Occurance: 7310 Eastchase Pkwy. Montgomery, Al. 36117 (Dillard's)

Person or Property Attacked: Property

How Attacked: Stolen

Damage Done or Property Attacked: Two Hart Schaffner Marx Suits

Value of Property: $1,390.00

Details of Offense:
The defendant did, knowingly obtain or exert control over two Hart Schaffner Marx Suits, the property of Dillard's, of the value of $1,390.00, with the intent to deprive the owner of said property, in violation of 13A-8-3 of the Code of Alabama, against the peace and dignity of the State of Alabama.

Additional Witness:
*1) Det. C.A. Humphrey #1601, MPD, 334-241-2831

**RECEIVED**
**APR 24 2007**
**DISTRICT COURT**

I make this affidavit for the purpose of securing a warrant against the said B/M Steven King Shelton    I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this  21st  day of April  2007

_____
Complainant

Regina Watkins
Judge - Clerk - (Magistrate)

WITNESSES: (Name, Address, Telephone Number)

1) Michael Farrier, 7310 Eastchase Pkwy. Montgomery, Al. 36117, 334-538-0394
2) Reginald Early, 7310 Eastchase Pkwy. Montgomery, Al. 36117, 334-244-6442
3) Edrick Calhoun, 7310 Eastchase Pkwy. Montgomery, Al. 36117, 334-244-6442

| State of Alabama<br>Unified Judicial System | **COMPLAINT** | Warrant Number<br>2007F00750 |
|---|---|---|
| Form CR-6     Rev. 8/98 | (Felonies, Misdemeanors, or Violations -<br>District or Municipal Court) | Case Number |

IN THE _____**DISTRICT**_____ COURT OF _____**MONTGOMERY**_____ , ALABAMA
              (Circuit, District, or Municipal)                    (Name of Municipality or County)

[X] **STATE OF ALABAMA**

[ ] **MUNICIPALITY OF MONTGOMERY** v.      **STEVEN K SHELTON  (000396207A)**
                                                    Defendant (NWS Jacket Number)

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that      **STEVEN K SHELTON**
, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about
____**04/21/2007**____ (date of occurrence) commit the offense of      **THEFT OF PROPERTY, SECOND DEGREE**
within the
[X] County of    **MONTGOMERY**

[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) (select as appropriate):

(a) [X] knowingly obtain or exert unauthorized control over the follow property, to wit: **2 HART SCHAFFNER MARX SUITS** ,

the property of, to wit: **DILLARDS, 7310 EASTCHASE PKWY, MONTGOMERY, AL 36117** ,
and having a value in excess of $500.00 dollars but not in excess of $2,500.00 dollars, with the intent to deprive the owner of the said property;

(a) [ ] knowingly obtain, by deception, control over the follow property, to wit: _____ ,

the property of, to wit: _____ ,
and having a value in excess of $500.00 dollars but not in excess of $2,500.00 dollars, with the intent to deprive the owner of the said property;

(c) [ ] knowingly obtain or exert unauthorized control over a credit card or debit card, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

(c) [ ] knowingly obtain by deception control over a credit card or debit card, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

(d) [ ] knowingly obtain or exert unauthorized control over a firearm, rifle or shotgun, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

(d) [ ] knowingly obtain by deception control over a firearm, rifle or shotgun, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

(e) [ ] knowingly obtain or exert unauthorized control over a controlled substance, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

(e) [ ] knowingly obtain by deception control over a controlled substance, to wit: _____ ,

the property of, to wit: _____ ,
with the intent to deprive the owner of the said property;

PAGE ONE OF TWO PAGES

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>**2007DCM177**<br>Case Number |
|---|---|---|
| Form CR-58 (front)    Rev. 8/98 | | |

IN THE ___DISTRICT__~~Municipal~~(a)___ COURT OF ___MONTGOMERY___, ALABAMA
                     (Circuit, District, or Municipal)                         (Name of Municipality or County)

☒ STATE OF ALABAMA

☐ MUNICIPALITY OF MONTGOMERY v. ___STEVEN K SHELTON   (000396207A)___
                                                              Defendant (NWS Jacket Number)

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)

STEVEN K SHELTON

charging the offense of    **HARASSMENT**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon.

If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

  ☒ If the accused person enters into a bond in the amount of $ __250.00__ with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
  ---OR---
  ☒ If the accused person posts an appearance bond in the amount of $ __250.00__

  ☐ On his or her personal recognizance.

RECEIVED

Saturday, April 21, 2007  05:03 PM
Date                                              Judge/Court Clerk/Magistrate/Warrant Clerk

Form CR-58 (back) Rev. 8/98

# WARRANT OF ARREST
(Felonies, Misdemeanors, or Violations)

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing WARRANT OF ARREST by arresting the accused person named (or described) therein at __2005__ o'clock ☐ a.m. ☒ p.m. on the __21__ day of __April__, 20 __07__ in __MONTGOMERY__ COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m. _____, 20 _____

☒ Taken before ☐ Judge ☒ Magistrate at __2005__ o'clock ☐ a.m. ☒ p.m. _____, 20 _____

Date: Apr 21, 2007

Signature/Title/Agency: Cpl. P.A. Tubs #1318

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | Telephone Number | | |
|---|---|---|---|---|---|---|
| STEVEN K SHELTON | | | | 033-435-4446 | | |
| Social Security Number | Drivers License Number & State | Date of Birth | Age | Race | Sex | |
| 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 | 3174300 AL | 12/08/1952 | | B | M | |
| Height | Weight | Hair | Eyes | Complexion | | |
| 603 | 230 | Black | Brown | | | |
| Address of Accused | | | City | State | Zip Code | |
| 4018 ARDMORE DR | | | MONTGOMERY | AL | 36105 | |
| Name of Employer | | | | Telephone Number | | |
| | | | | | | |
| Address of Employer | | | City | State | Zip Code | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

## ACKNOWLEDGEMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: 320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722 (334) 241-2776

Date: _____, 20 _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

☐ I promise to appear as directed before the court, as follows:

Place: 320 NORTH RIPLEY STREET, MONTGOMERY, ALABAMA 36104-2722 (334) 241-2776

Date: _____, 20 _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharged.

Date _____    Signature of Accused Person _____

| State of Alabama Unified Judicial System | COMPLAINT | Warrant Number 2007DCM177 |
|---|---|---|
| Form CR-6    Rev. 8/98 | (Felonies, Misdemeanors, or Violations - District or Municipal Court) | Case Number |

IN THE ~~MUNICIPAL~~ **DISTRICT** COURT OF **MONTGOMERY**, ALABAMA
(Circuit, District, or Municipal) (Name of Municipality or County)

[X] STATE OF ALABAMA
[ ] MUNICIPALITY OF MONTGOMERY v.    **STEVEN K SHELTON (000396207A)**
                                     Defendant (NWS Jacket Number)

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe that **STEVEN K SHELTON**, Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about **04/21/2007** (date of occurrence) commit the offense of **HARASSMENT** within the

[ ] County of _____

[X] City/Town of **MONTGOMERY** or in the police jurisdiction thereof, in that he/she did: (State specific facts here. Continue on a separate sheet of paper if needed.) with intent to harass, annoy, or alarm, or alarm another person, to wit: **MICHAEL FARRIER** (select as appropriate):

[X] strike, shove, kick, or otherwise touch a person, to wit: **MICHAEL FARRIER**, or subject him/her to physical contact;

[ ] direct abusive or obscene language or make an obscene gesture, to wit: _____

toward another person, to wit: _____;

[ ] direct a threat, either verbal or non-verbal, to wit: _____

toward the said _____, a reasonable person and target of the threat, causing him/her to fear for their safety,

in violation of
[X] Section **13A-11-8(a)(1)**, Alabama Code 1975.
[X] Municipal Ordinance Number **125-79** which embraces Section **13A-11-8(a)(1)** Alabama Code 1975, previously adopted, effective and in force at the time the offense was committed.
[ ] Other

Sworn to and Subscribed before me this
**21ST** day of
**APRIL**, **2007**
Complainant
7310 EASTCHASE PARKWAY MONTGOMERY, AL 36118
Address
334-244-6442
Telephone Number
Judge/Magistrate/Warrant Clerk

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |

Additional Witnesses on Reverse Side.