Steven Keith Shelton
Elmore County Jail
8955 U.S Highway 231
Wetumpka Ala 36092

Date-1-21-08
Civil Action #
2:07CV-981-MHT

%o Change of Address; Referral Serive

I Steven K Shelton have been move to Elmore County Jail, 8955 U.S Highway 231, Wetumpka Ala, 36092. I'm in need of Assistance with my Federal Law Suit Against Dillard Depts Store et Al. Now I Need Equal Qualified Representation As The Defendants Has, I filed my Own 1983 Complaint For Cruel And Unusual Punishment And Excessive Force. So I am Struggling With The Proper Procedure. Because I Dont Have Excess To A Library Or Copying Machine, Nor The Knowledge Of How To Answer Different Order.

Respectfully Sugmitted This
The 21 Day of January 2008
Steven Keith Shelton

Steven K Shelton
Elmore County Jail
8955 U.S Highway 231
Wetumpka Ala 36092

MONTGOMERY AL 361
22 JAN 2008 PM 1 L

ELMORE COUNTY JAIL

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Alabama
36101-0711

— Legal Mail —

36101+0711