IN The United State District Court
For The Middle District of Alabama
Northern Division

Steven Shelton
   Plaintiff
      vs
Dillard's Dept. Store, et al
   Defendants

2:07-CV-981-MHT
(WO)

RECEIVED
2008 FEB 27 A [?]
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Plaintiff Steven Shelton Response To Order

Comes Now the Plaintiff Steven Shelton, And in response to the Order of this Court date January 2-08 states as follows.

1. The Plaintiff Steven Shelton has made is complain known unto the Defendants.

Plaintiff Steven Shelton had an Interveiw with the Internal Affairs Division, back in September, After talking with the Division a Statement was made that the Defendants needed counsels.

## Affirmative Proof

Defendants stated that he grab my Shirt, And tore it off, Defendants also stated that he had a gun on his side, Defendants also stated that he was trying to hit the Plaintiff up side the shoulder area but the Plaintiff duck down, how can a head blow cause trouble from a sholder

blow.

PROOF
Defendants is trying to use his prosition to cover up his past life for all the other jobs that he has had in the past, By useing Excessive Force and also cruel and unusual Punishment, Defendants havnt never arrest me in the past for Nothing.

PROOF
I never knew when A Security use any Force, to arrest Anyone, in all my days while being in the Street.

PROOF
When I was Arrested and came to the Jail, I couldnt walk, wrist swole, head was bleeding for the blow.

PROOF
I cant hardle walk as a result for the time all this went down.

PROOF
Take medicines everday from the past wounds.

Proof

The Defendants has him a lawyer to help him in this case.

Proof

I have on paper that you stating that you hit me upside the head.

Proof

Im a 55 years old man, at one time was in good health, need treatment now but the country want do it.

Defendants Status

The Plaintiffes Steven Shelton avers the Defendants use Excessive Force and Cruel and Unusual Punishment.

## Certificate of Service

I hereby cetify that I have served a copy of the foregoing upon the Defendants Lawyer: Thomas J Azar Jr - 800 So. McDonough Street, Ste 105. Mont. Ala 36104. Also to the United State District Court, For The Middle District of Alabama Northern Divison. Order of this Court dated Jan-2-08

## NOTICE

I been lock up for 10 months, And yes I dont have Any help to Answer so of the orders, but Its one thing I do know Its A GoD who sit high And Look Low IF I Need the paper to show when I went to the hosptial, And more proof About my health, then send one of your doctors to come And check my health.

Done this day Feb 25-2008

Steven Shelton
Steven Shelton Plaintiff
8955 U.S Highway 231
Wetumpka, Ala
           36092

Steven Shelton
8955 U.S. Highway 231
Wetumpka Ala
36092

Legal
Mail

ELMORE COUNTY JAIL

Office of the Clerk
United States District Court
P.O. Box 711
Mont. Ala 36101-0711