In The United States
District Court
Middle District

Steven Shelton, pro-se,
    Plaintiff

Vs.                              Civil Action CV-981-MHT
                                              (WO)

Dillard's Dept. Store, et. al
    Defendants

## Permission To Dismiss Without Prejudice

Comes now the Plaintiff, Steven Shelton, and moves this Honorable Court to grant him permission to Dismiss the above action, the Plaintiff moves this Court to Dismiss this Action Without Prejudice. The Plaintiff will show the following:

1.) The Plaintiff is unlearned of law and does not understand the procedures of Civil Actions;

2.) The Plaintiff cannot afford legal representation;

3.) The Plaintiff is being housed in a jail that does not have access to a law library, and has no access to the Federal Rules of the Court;

4.) The Plaintiff has a (20) Twenty year sentence, and is awaiting transport to the State Prison System;

5.) Once transfered the Plaintiff will have access to Law Libraries, and Inmate Para-Legal aid;

6.) Plaintiff prays this Court will Dismiss without Prejudice, and allow him to Refile at a latter date once he is transfered to a State Prison System;

7.) The Plaintiffs Civil Rights has been violated by the named Defendants; and Plaintiff should be allowed redress by this Court;

8.) The Plaintiff contends his Civil Rights have been violated, and will be continued to be violated, until this Court addresses this action

Wherefore for the foregoing, Plaintiff prays this Court will Dismiss the above action without Prejudice, and allow him the right to refile at a later date.

Respectfully
*Steven Shelton*
Steven Shelton

Steven Shelton
ELMORE COUNTY JAIL
8955 US Highway 231
Wetumpka, AL 36092

MONTGOMERY AL 361
06 MAY 2008 PM 1 L

ELMORE COUNTY JAIL



OFFICE OF THE Clerk
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALABAMA
36101-0711

LeqAL MAIL

36101+0711