IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STEVE SHELTON,  *

    Plaintiff,  *

    v.  *      2:07-CV-981-MHT
        (WO)
MICHAEL FARRIER,  *

    Defendant.  *

_____

**ORDER**

The magistrate judge filed a recommendation (doc. #24) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation (doc. #24) of the magistrate judge is adopted; that plaintiff's motion to dismiss (doc. #23) is granted; and that this case is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

An appropriate judgment will be entered.

DONE, this the 30th day of May, 2008.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE