IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JUN 25  A 10: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Steve Shelton
  Plaintiff,

V.                          2:07-CV-981MHT
                                  (WO)

Michael Farrier
  Defendant.

## OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION

Comes Now, Plaintiff files this OBJECTION to the Magistrate's Recommendation and in good cause shows the following in support hereof;

Plaintiff asks that this court will acknowledge that the Plaintiff did not have the proper access to the law library for inmates at the time his complaint was filed.

Plaintiff is now incarcerated at Kilby Prison where he can received the help of inmates in the law library. Also the Plaintiff has a claim against the defendant in violation of his

Civil Rights and Constitutional Rights by the use of excessive

force during an alleged arrest.

   Wherefore, Plaintiff prays that this court will reconsider

it's order as of May 30,2008.


                              Respectfully Submitted,

                              *Steven Shelton*
                              Steve Shelton
                              P.O.Box 150
                              Mt.Meigs,Al.36057


Done this the 24th day of June 2008.



                   **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document have been
address to the United States Middle District of the Northern
Division,by placing in the U.S.mail box at P.O.Box 150
Mt.Meigs,Al.36057.

Done this the 24th day of June,2008.


                              Respectfully,

                              *Steven Shelton*
                              Steve Shelton
                              P.O.Box 150
                              Mt.Meigs,Al.36057

STEVE SHELTON #141484
A-31A
P.O. BOX 150
MT. MEIGS, AL. 36057



MONTGOMERY AL 361

29 JUN 2008

UNITED STATES POSTAGE
$ 00.42⁰
02 1M
0004262286        JUN 24 2008
MAILED FROM ZIP CODE 36117

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT NORTHERN DIVISION
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

**LEGAL MAIL**
"This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

36101+0711 B007