IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVE SHELTON,           )<br>                          )<br>    Plaintiff,          )<br>                          )     CIVIL ACTION NO.<br>    v.                    )       2:07cv981-MHT<br>                          )<br>MICHAEL FARRIER,          )<br>                          )<br>    Defendant.            ) | |

ORDER

It is ORDERED that plaintiff Steve Shelton's objections (Doc. No. 27) is treated as a motion for reconsideration and to set aside and said motion is denied.

DONE, this the 27th day of June, 2008.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE